JOHN W. COCHRANE et al., as Executors and Trustees under the Will of ADAM W. SPIES, Deceased, Respondents, *v.* SARAH ANN KIP et al., Respondents; ARTHUR C. HUMBERT, Individually and as Administrator of FLORENCE ADELE HUMBERT, Deceased, Appellant.

*Cochrane* v. *Kip*, 19 App. Div. 272, affirmed.
(Argued December 9, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1897, affirming a judgment of Special Term in an action for the construction of a will.

*Elihu Root* and *Bronson Winthrop* for appellant.

*Henry E. Howland, Charles Steele* and *Frank L. Hall* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except BARTLETT, J., not sitting.

---

EDWIN VAN ANTWERP, Appellant, *v.* EDWARD F. LINTON et al., Respondents.

*Van Antwerp* v. *Linton*, 89 Hun, 417, affirmed.
(Argued December 12, 1898; decided January 10, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered November 1, 1895, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Circuit.

*Franklin Pierce* for appellant.

*Edward W. S. Johnston* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting, and MARTIN, J., absent.